UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

ROBERT SANCHEZ,

        Plaintiff,

v.

ISIDRO BACA, *et al.,*

        Defendants.

CASE NO.: 3:14-CV-00283-RCJ-WGC

O R D E R

        The Court has considered the Report and Recommendation of United States Magistrate (ECF #26) entered on December 7, 2015, in which the Magistrate Judge recommends the Court grant Defendants' Motion for Summary Judgment (ECF #24). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

        ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #26).

        IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF #24) is GRANTED. The Clerk of the Court shall enter judgment accordingly and close this case.

        IT IS SO ORDERED this 5th day of January, 2016.

        _____
        ROBERT C. JONES
        UNITED STATES DISTRICT JUDGE